FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 19, 2016

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

ANTHONY BRIAN MALLGREN,

                    Plaintiff,

          v.

SEAN F. McAVOY, et al., ,

                    Defendants.

No.    2:16-CV-0382-SMJ

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Before the Court is Magistrate Judge Rodgers's December 1, 2016 Report and Recommendation, ECF No. 4, recommending that this case be CLOSED because Plaintiff failed to proffer the full filing fee, show cause why prepayment would be inappropriate, or submit a properly completed Application to Proceed In Forma Pauperis. No party has filed an objection.

After reviewing the Report and Recommendation and relevant authorities, the Court finds the Magistrate Judge's findings are correct. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, **IT IS HEREBY ORDERED**:

1.    The Report and Recommendation, **ECF No. 4**, is **ADOPTED** in its entirety.

2.     The Clerk's Office is directed to **CLOSE** this case.

**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and provide copies to all counsel and Magistrate Judge Rodgers.

**DATED** this 19th day of December 2016.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER **-** 2